# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Nelson R. Sharp and Destiny Yachts LLC

v.

Hylas Yachts, Inc.

Case No. 17-13M

# WRIT OF EXECUTION

In Re: Hylas Yachts, Inc., Judgment Debtor

To the United States Marshal for the District of Rhode Island:

You are directed to enforce the Judgment described below, with interest and costs, by levying on and selling property in which the above-named Judgment Debtor has a nonexempt interest, as provided by law.

On Sep 8, 2016, a judgment was entered in the above-entitled action in the United States District Court for the District of MA in favor of Nelson R. Sharp & Hylas Yachts, Inc. of 139 Touchdown Dr., Telluride, CO against Hylas Yachts, Inc. of 2 Town House Square, Marblehead, MA 01945 for:

$ $1,054,686.68.    Amount of Judgment

$ 1,095.69    Post-Judgment Interest   (at .57 % per annum.)

$ $8,385.32    Costs

$ 1,064,167.59    Total

David A. DiMarzio
Clerk of Court,
By: /s/ Vickie C. McGuire
Deputy Clerk

Date: 2/28/17

# RETURN

| The Writ of Execution was served as follows: |||
|---|---|---|
| by collecting the amount owed. |||
| by levying on and selling the property of the defendant described below. |||
| I did not serve this Writ of Execution because:_____ |||
| _____ |||
| Date of Levy | Description of Property Levied On and Sold ||
| Date Writ Received | Date of Execution of Writ ||
| U.S. Marshal | (By) Deputy Marshal ||